## GREENER v. STEINWAY et al.

*(Circuit Court, S. D. New York.   November 20, 1885.)*

TAXATION OF COSTS—DOCKET FEES.
      When a demurrer to a bill in equity is sustained, a docket fee of $20 is taxable in favor of defendant.

In Equity.   Exceptions to clerk's taxation of costs.
*Ralph W. Morrison,* for plaintiff.
*George W. Cotterill* and *Arthur v. Briescn,* for defendants.

SHIPMAN, J.   The exception to the clerk's taxation of costs, in disallowing a docket fee of $20, upon a decree for costs in favor of the defendant, upon a successful demurrer to the complainants' bill, is sustained.   The defendant's right to a docket fee of $20 is sustained upon the authority of *Wooster v. Handy,* 23 Blatchf. 112, 23 Fed. Rep. 49; *The Anchoria,* 23 Fed. Rep. 669; *McLean v. Clark,* Id. 861; *Price v. Coleman,* 22 Fed. Rep. 694; and *Scharff v. Levy,* 112 U. S. 711, 5 Sup. Ct. Rep. 360.